# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 1, 2025

**By ECF**
Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Request Granted. So ordered.

_____
Robert W. Lehrburger, USMJ
Aug. 8, 2025

Re: **United States v. Marco Fabian Vega-Pastuna**
   25-Mj-2294 (UA)

Dear Judge Wang:

I write to request a two-week adjournment of the hearings currently scheduled in this matter. The government has no objection.

Mr. Vega-Pastuna was presented before the Court on July 23 on a Rule 5(c)(3) matter arising out of the Western District of Texas, where he is charged with one count of misdemeanor illegal entry. Mr. Vega-Pastuna consented to detention and requested a preliminary hearing and an identity hearing, both of which are scheduled for August 6.

The parties are in active, good-faith discussions about resolving this matter, but need some more time to complete their negotiations. It is therefore requested that the Court adjourn the preliminary and identity hearings to August 20. As noted, the government has no objection.

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSA Joseph Zabel