U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 29, 2025

**BY ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
08/29/2025

Re:   *United States v. Marco Fabian Vega-Pastuna*, 25 Mag. 2294

Dear Judge Parker:

The Government writes, with the consent of the defendant, to request a six-day adjournment of the hearings currently scheduled in this matter.

The defendant was presented before the Court on July 23, 2025 on a Rule 5(c)(3) matter arising out of the Western District of Texas, where he is charged with one count of misdemeanor illegal entry. The defendant consented to detention and requested a preliminary hearing and an identity hearing, both of which are currently scheduled for September 3, 2025.

The parties are in active, good-faith discussions about resolving this matter, but need some additional time to complete their negotiations. It is therefore requested that the Court adjourn the preliminary and identity hearings to September 9, 2025.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Joe Zabel
Assistant United States Attorney
(212) 637-1559

cc:   Counsel of Record (by ECF)