UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

       -against-

MARCO FABIAN VEGA-PASTUNA,

       **Defendant.**

------------------------------------------------------------------X

25-MJ-2294 (VF)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/2025

**VALERIE FIGUEREDO, United States Magistrate Judge**:

    The Defendant appeared before the Court and waived venue pursuant to Federal Rule of Criminal Procedure 58(c)(2)(B). Accordingly, the Clerk of Court for the Southern District of New York is respectfully directed to notify the Clerk of Court for the Western District of Texas that Case No. DR-25-653M-01 has been transferred to this Court.

**SO ORDERED**.

_____
VALERIE FIGUEREDO
United States Magistrate Judge

DATED:    September 16, 2025
               New York, New York