UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-                         25-MJ-2294 (VF)

MARCO FABIAN VEGA-PASTUNA,         **ORDER**

    **Defendant.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**:

    On or about March 10, 2025, a criminal complaint was filed in the United States District Court for the Western District of Texas, charging the Defendant MARCO FABIAN VEGA-PASTUNA with one count of improper entry by an alien, 8 U.S.C. § 1325(a)(1), a Class B misdemeanor.

    On September 9, 2025, the Defendant appeared in the United States District Court for the Southern District of New York. The Defendant voluntarily waived venue in the Western District of Texas and consented to the transfer of the case to the Southern District of New York. The Defendant further entered a plea of guilty and was sentenced in accordance with the judgment.

**SO ORDERED**.

                                                       VALERIE FIGUEREDO
                                                       United States Magistrate Judge

DATED:     September 16, 2025
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2025